**DISMISS; and Opinion Filed October 14, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01073-CV**

## IN THE INTEREST OF A.W.L. AND R.P.L., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-51592-07**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion Per Curiam

The Court has before it appellant's October 8, 2013 motion to voluntarily dismiss appeal.

We **GRANT** the motion and **DISMISS** this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

131073F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.W.L. AND
R.P.L., CHILDREN

No. 05-13-01073-CV

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-51592-07.
Opinion delivered Per Curiam. Justices
O'Neill, Lang-Miers and Evans sitting for
the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee Britton LaRoche recover his costs of this appeal from appellant Susan Payberah.

Judgment entered this 14th day of October, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE

–2–